IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00515-MSK

DENNIS LEON SMITH,

        Plaintiff,

v.

1.     THE PEOPLE OF THE STATE OF COLORADO,

        Defendant.

---

## ORDER OF REMAND

---

THIS MATTER comes before the Court *sua sponte* upon Plaintiff's filing of a Notice of Removal. Having reviewed the Notice and documents attached thereto, the Court

**FINDS** that even construing the pro se Plaintiff's filing liberally, no grounds exist for the exercise of federal subject matter jurisdiction over what appears to be a state criminal action. The Plaintiff's citations are facially inapposite. There being no basis for federal subject matter jurisdiction,

**IT IS ORDERED** that the matter is remanded to the Colorado County Court for Baca County. The Clerk of the Court is directed to close this case.

DATED this 13th day of October, 2010.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge