**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 21, 2011**

**Elisabeth A. Shumaker**
**Clerk of Court**

### UNITED STATES COURT OF APPEALS
### FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| In re: DENNIS LEON SMITH,<br><br>Petitioner. | No. 11-1229<br>(D.C. No. 1:10-CR-00515-MSK-1) |

---

### ORDER

---

Appellant's motion to dismiss this matter is granted.  10th Cir. R. 27.3(A)(9).


Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk